# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**GABRIEL BUSH**  **PLAINTIFF**
*Reg. #12972-003*

**v.**   **CASE NO. 2:20-CV-00202-BSM**

**DEWAYNE HENDRIX,**
*Warden, Forrest City FCI*   **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 4] is adopted. Gabriel Bush's emergency motion for temporary restraining order [Doc. No. 2] is denied.

IT IS SO ORDERED this 10th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE