# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**GABRIEL BUSH**                                                               **PLAINTIFF**
*Reg. #12972-003*

v.                 **CASE NO. 2:20-CV-00202-BSM**

**DEWAYNE HENDRIX,**
*Warden, Forrest City FCI*                                               **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 7] is adopted. Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of December, 2020.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE