IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GABRIEL BUSH**  **PLAINTIFF**
*Reg. #12972-003*

**v.**    **CASE NO. 2:20-CV-00202-BSM**

**DEWAYNE HENDRIX,**
*Warden, Forrest City FCI*    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE